# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

FILED
JAN 24 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Anthony K. IT AKA Nketiah/Bryant
Plaintiff(s)

vs.

Tulsa Police Department
John Doe officer
Defendant(s)

Case Number: 22CV-042 GKF - JFJ

## COMPLAINT

A. Parties

1) Anthony IT (Plaintiff), is a citizen of Wisconsin (State)

   who presently resides at Wisconsin Resource Center PO BOX 220 Winnebago WI 54985 (mailing address if different from residence)

2) Defendant John Does (Name of first defendant) is a citizen of Tulsa, OK (City, State)

   and is employed as Tulsa Police Department, officer (Position and title, if any)

3) Defendant _____ (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as _____ (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

   28 U.S.C. 1331

C. Nature of Case

1) Briefly state the background of your case:

   In May 2021 John Doe officers of the Tulsa police department used excessive force when they tased me profusely after I collapsed from mental fatigue.

D. Cause of Action

I allege the following:

1. I was tased by Tulsa Police against my constitutional

Complaint    1    ProSe-01 (12/05)

right against unreasonable search and siezure and the 4th Amendment

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

2. Several officers, in May 2021, after midnight, had been escorting me into the Tulsa City Jail, when I fell down to the floor due to fatigue and tiredness. The John Doe officers then without warning began to drag and taze me. The tazing was extremely shocking and upsetting as well as painful

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. and startling. The John Doe officer continued tazing me until I was in a jail holding cell and they did not offer me the opportunity for medical assistance, though I complained and was feeling nauseous with burns and stings from the taser.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Because of the tasing I have a heightened sense of paranoia and nonhealing skin abbrassions.

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]

E. Request for Relief

I believe that I am entitled to the following relief:

I am asking for monetary compensatory damages for psychological trauma, emotional distress, sociopathic residual dilemmas and physical pain and slight scarring in the amount of $10,000.00.

Anthony T
Original Signature of Plaintiff

PO BOX 220
Current Address

Winnebago       WI      54985
City            State   ZIP

Telephone



